344 U.S. 890
 73 S.Ct. 212
 97 L.Ed. 689
 PENN-DIXIE CEMENT CORPORATION, appellant,
v.
J. M. DICKINSON, Commissioner of Finance and Taxation of Tennessee et al.
 No. 408.
 Supreme Court of the United States
 November 24, 1952
 
 Appeal from the Supreme Court of Tennessee.
 Mr. Charles C. Moore, for appellant.
 Messrs. Roy H. Beeler, Attorney General of Tennessee, and Allison B. Humphreys, Solicitor General, for appellees.
 PER CURIAM.
 
 
 1
 The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.